## Birdie Parr MARSHALL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9390.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1943.

R. W. Keenon, of Lexington, Ky., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John T. Rogers, J. Louis Monarch, and Muriel S. Paul, all of Washington, D. C., for respondent.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the record, briefs and oral argument in the above-entitled

cause, the decision of the Board of Tax Appeals (now the Tax Court of the United States) is hereby affirmed upon the reasoning of the Board in its memorandum opinion filed therein. It is so ordered.